IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                     CASE NO. 1:06-cr-00007-MP-AK
                                                       CASE NO. 1:06-cr-00015-MP-AK

TOAN NGOC PHAM,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 28, Motion to Continue Sentencing, filed by the Government on Monday, August 21, 2006.  The Defendant has no objection to continuing the sentencing.  In the motion the Government states that it requires more time to determine the accuracy of calculations in the dollar losses alleged by the Government and challenged by the Defendant in his objections to the Presentence Investigation Report.  (Doc. 26).  Because such accuracy is required before this Court can impose a proper sentence, the motion is GRANTED.

    **ORDERED AND ADJUDGED:**

    The motion to continue is granted, and sentencing in each of the above cases is now set for Thursday, October 19, 2006 at 3:00 p.m.

    **DONE AND ORDERED** this   *21st* day of August, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge