IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NOS. 1:06-cr-00007-MP-AK
    1:06-cr-00015-MP-AK

TOAN NGOC PHAM,
a/k/a "Sonny"

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 34, Motion to Re-Schedule Sentencing Date, filed by the Government. Sentencing of Defendant Pham is currently set for Thursday, October 19, 2006. The Government wishes to reschedule sentencing to 2:00 p.m. on Wednesday, October 18, 2006. The Defendant does not object. After considering the matter, the motion is granted. Accordingly, sentencing is hereby rescheduled to Wednesday, October 18, 2006, at 2:00 p.m.

**DONE AND ORDERED** this   *13th*  day of October, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge