IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO: 1:06-cr-00007-MP-AK

TOAN NGOC PHAM,
a/k/a "Sonny"

    Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on Doc. 27, Government's Motion for Entry of Preliminary Order of Forfeiture. Being fully advised in the premises, the Court finds:

1. On February 28, 2006, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against Defendant.

2. The Indictment charged Toan Ngoc Pham with violations of 18 U.S.C. § 1028, 18 U.S.C. § 1341, 18, U.S.C. § 1344, and 42 U.S.C. § 408.

3. The Indictment included a Forfeiture Count, pursuant to 21 U.S.C. §§ 981, 982, and 28 U.S.C. § 2461.

4. On April 19, 2006, the Defendant entered into a Plea And Cooperation Agreement, Doc. 21, in which he agreed to forfeit all forfeitable assets to the United States of America. As such, Defendant's interest in the following properties is hereby forfeited:

    A.    LG Flat Screen Monitor, L1720P, 501MXE724316

    B.    Sony Vaio Desktop Computer, 3010316

    C.    Creative PC Speakers, Trugue 3400, CAMF02354600026910

    D.    All computer peripherals such as Keyboard, mouse, etc.

    E.    HP All in one 7410 Fax, Scanner, Printer, 000E7FC72033

    F.    HP laptop computer, ZX5000/ZX5369CL, CND446KFG

    G.    Brother Electronic Typewriter, SX4000, M4E060641

    H.    Panasonic Fax/Phone system, KXFPG391, PFGT2419ZA

    I.    Bose Media Center with remote, AV3-2-1 II, 035666950915074AZ

    J.    Bose Acoustical Speaker System, PS3-2-1 II, 034122950900007AS

    K.    Two Bose Speakers

    L.    Royal paper shredder, BEI 7H22E195288

    M.    Dell Dimension 4700 Desktop Computer, D5Q2J71

    N.    Keyboard Mouse

    O.    19" Dell Flat Screen Monitor, E193FPC,CN0G84326418052P2QES

    P.    Linksys External Wireless device, WUSB54G, MEQ20D945838

    Q.    All associated cords, paperwork, and software associated with listed items.

    R.    Motorola Razor Cell phone

**ORDERED AND ADJUDGED:** Based on the foregoing, the Defendant's interest in the above properties is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. §§ 981, 982, and 28 U.S.C. § 2461.

**ORDERED AND ADJUDGED:** In accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier.  The United States shall:

1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

**ORDERED AND ADJUDGED:** Upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

**DONE AND ORDERED** this   *18th* day of October, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge