IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                      CASE NO. 1:06-cr-00007-MP-AK

TOAN NGOC PHAM,
a/k/a "Sonny",

      Defendant.

_____/

# O R D E R

      This matter is before the court on Doc. 58, the Motion for a Final Order Of Forfeiture,

filed by the United States of America .  On October 18, 2006, the Court entered a Preliminary

Order of Forfeiture, Doc. 39, against the following property:

      A.      LG Flat Screen Monitor, L1720P, 501MXEZZU316

      B.      Sony Vaio Desktop Computer, 3010316

      C.      Creative PC Speakers, Trugue 3400, CAMF0235460002691S

      D.      All computer peripherals such as Keyboard, mouse, etc.

      E.      HP All in one 7410 Fax, Scanner, Printer, 000E7FC72033

      F.      HP laptop computer, ZX5000/ZX5369CL, CND4461CFG

      G.      Brother Electronic Typewriter, SX4000, M4E060641

      H.      Panasonic Fax/Phone system, KXFPG391, PFGT2419ZA

      I.      Bose Media Center with remote, AV3-2-1 II, 035666950915074AZ

      J.      Bose Acoustical Speaker System, PS3-2-1 II, 034122950900007AS

      K.      Two Bose Speakers

      L.      Royal paper shredder, BEI 7H22E195288

M.      Dell Dimension 4700 Desktop Computer, D5Q2J71

N.      Keyboard Mouse

O.      19" Dell Flat Screen Monitor, E193FPC,CN0G84326418052P2QES

P.      Linksys External Wireless device, WUSB54G, MEQ20D945838

Q.      All associated cords, paperwork, and software associated with listed

        items

R.      Motorola Razor Cell phone

pursuant to the provisions of 21 U.S.C. §§ 981, 982, and 28 U.S.C. § 2461, based upon the

Defendant's Plea And Cooperation Agreement and the Forfeiture Count of the Indictment.  On

December 3, 2006, the United States of America published in the Gainesville Sun, a newspaper

of general circulation, notice of this forfeiture and the intent of the United States of America to

dispose of the property, in accordance with the law, and further notifying all third parties of their

right to file a petition setting forth their interest in the listed property.  No persons or entities

having an interest in the above-referenced property have timely filed petitions.  However, items

I, J, and K were disposed of by the Gainesville Police Department, and are not subject to

forfeiture.  Therefore, it is hereby

**ORDERED AND ADJUDGED:**

The right, title and interest to the above-referenced property, with the exception of Items
I, J, and K, is hereby condemned, forfeited, and vested in the United States of America,
and shall be disposed of in accordance with the law.

**DONE AND ORDERED** this   *10th* day of April, 2007

        *s/Maurice M. Paul*

        Maurice M. Paul, Senior District Judge